1  COLT / SINGER / BEA LLP
   Doug W. Colt (Bar No. 210915)
2  dcolt@coltsinger.com
   Katie Erno (Bar No. 264748)
3  kerno@coltsinger.com
   Shorebreeze II
4  255 Shoreline Drive, Suite 540
   Redwood Shores, California 94065
5  Telephone:   (650) 887-6650
   Facsimile:      (650) 887-6650
6

7  Attorneys for Defendants

8  BRYAN CAVE LLP
   Robert G. Lancaster (Bar No. 257504)
9  rglancaster@bryancave.com
   120 Broadway, Suite 300
10 Santa Monica, California 90401
   Telephone:   (310) 576-2100
11 Facsimile:      (310) 576-2200

12 Attorneys for Plaintiffs

13

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                            OAKLAND DIVISION

18

| | |
|---|---|
| FARMER BOYS FOOD, INC. AND ANDREWS' SONS, INC, <br><br> Plaintiffs, <br><br> v. <br><br> FARMBURGER, LLC, FARMBURGER BUCKHEAD, LLC, FARMBURGER WEST BERKELEY, LLC, FARMBURGER DUNWOODY, LLC, FARMBURGER ASHEVILLE, LLC AND DOES 1 THROUGH 10, <br><br> Defendants. | CASE NO. 2014-CV-01874-KAW <br><br> **[PROPOSED] ORDER GRANTING PARTIES' STIPULATED REQUEST FOR 30-DAY EXTENSION OF NON-EXPERT FACT DISCOVERY CUT-OFF** |

Pursuant to the parties' Stipulated Request for 30-day Extension of Non-Expert Fact Discovery Cut-Off, from March 30, 2015 to April 30, 2015, IT IS SO ORDERED.

Dated:  2/23/15

_____
Hon. Kandis A. Westmore, Magistrate Judge
District Court for the Northern District of California