1  COLT / SINGER / BEA LLP
     Doug W. Colt (Bar No. 210915)
2    dcolt@coltsinger.com
     Katie Erno (Bar No. 264748)
3    kerno@coltsinger.com
   Shorebreeze II
4  255 Shoreline Drive, Suite 540
   Redwood Shores, California 94065
5  Telephone:    (650) 887-6650
   Facsimile:    (650) 887-6650
6

7  Attorneys for Defendants

8  BRYAN CAVE LLP
     Robert G. Lancaster (Bar No. 257504)
9    rglancaster@bryancave.com
   120 Broadway, Suite 300
10 Santa Monica, California 90401
   Telephone:    (310) 576-2100
11 Facsimile:    (310) 576-2200

12 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| FARMER BOYS FOOD, INC. AND ANDREWS' SONS, INC, | CASE NO. 2014-CV-01874-KAW |
|---|---|
| Plaintiffs, | **AMENDED ORDER GRANTING PARTIES' STIPULATED REQUEST FOR SEVEN DAY EXTENSION OF TIME TO MOVE TO COMPEL** |
| v. | |
| FARMBURGER, LLC, FARMBURGER BUCKHEAD, LLC, FARMBURGER WEST BERKELEY, LLC, FARMBURGER DUNWOODY, LLC, FARMBURGER ASHEVILLE, LLC AND DOES 1 THROUGH 10, | |
| Defendants. | |

The parties' Stipulated Request for Seven Day Extension of Time to Move to Compel, from Friday, May 22, 2015 to Friday, May 29, 2015, is GRANTED. If the parties are unable to resolve their discovery disputes, they shall comply with the discovery procedures set forth in this Court's General Standing Order, available at http://www.cand.uscourts.gov/kaworders.

Furthermore, as stated on the record during the March 31 case management conference, the parties shall complete mediation by the date of the next case management conference, which is currently set for June 30, 2015. If the parties will not be able to complete mediation by that date, they shall file declarations, by June 29, 2015, explaining why they will not meet that deadline and how they expect to proceed. If the parties have completed mediation, and the case has settled, they shall promptly notify the Court. This case is currently set for trial beginning on October 5, 2015, and that date will not be changed.

Dated:     05/22/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge

- 1 -
AMENDED ORDER GRANTING PARTIES' STIPULATED REQUEST FOR SEVEN DAY EXTENSION OF TIME TO MOVE TO COMPEL
CASE NO. 2014-CV-01874-KAW