UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMER BOYS FOOD, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FARMBURGER, LLC, et al.,<br><br>    Defendants. | Case No. 14-cv-01874-KAW<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. Nos. 57, 58 |

PLEASE TAKE NOTICE that the chambers copies of the Declaration of Robert Lancaster, Dkt. No. 57, and the Declaration of Karen Eadon, Dkt. No. 58, which Plaintiff filed in support of its Motion for Summary Judgment, Dkt. No. 56, were submitted in a format that is not usable by the court.

The chambers copies are not usable because they

- ☐ consist of a stack of loose paper wrapped with a rubber band;
- ☐ consist of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ are too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ have no tabs for the voluminous exhibits;
- ☒ include exhibits that are illegible;
- ☐ include exhibits that are unreadable because the print is too small;
- ☐ include text and/or footnotes in a font smaller than 12 point;
- ☐ include portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or
- ☐ are not usable for another reason –

1  The paper used for the above-described chambers copies has been recycled by the court.
2  Plaintiff shall submit chambers copies in a format that is usable by the court no later than June 19,
3  2015.
4  IT IS SO ORDERED.
5  Dated: 06/15/2015

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge