UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMER BOYS FOOD, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FARMBURGER, LLC, et al.,<br><br>    Defendants. | Case No.  14-cv-01874-KAW<br><br>ORDER REGARDING UNUSABLE CHAMBERS COPIES<br><br>Re: Dkt. No. 79 |

PLEASE TAKE NOTICE that the chambers copy of Plaintiffs' Reply to Defendants' Opposition to Motion for Summary Judgment was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☐     consists of a stack of loose paper wrapped with a rubber band;

☐     consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐     is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☒     has no tabs for the voluminous exhibits;

☐     includes exhibits that are illegible;

☐     includes exhibits that are unreadable because the print is too small;

☐     includes text and/or footnotes in a font smaller than 12 point;

☐     includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☐     is not usable for another reason −

The paper used for the above-described chambers copy has been recycled by the court. Plaintiffs shall submit a chambers copy in a format that is usable by the court no later than July 17, 2015.

IT IS SO ORDERED.

Dated:  07/16/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge