United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    FARMER BOYS FOOD, INC., et al.,
                                                 Case No.  14-cv-01874-KAW
             Plaintiffs,
8
         v.                                      **ORDER REQUIRING SUPPLEMENTAL
9                                                BRIEFING**

     FARMBURGER, LLC, et al.,
10
             Defendants.
11

12

13          The Court held a hearing on the parties' cross-motions for partial summary judgment on

14   July 30, 2015.  In light of the arguments advanced by counsel at the hearing, the Court orders the

15   parties to brief whether summary judgment is appropriate as to the claims associated with any

16   mark other than Plaintiffs' "Farmer's Burger" mark—be it because those claims have been

17   abandoned or because the claims have been insufficiently briefed by Plaintiffs.  Each side, not

18   each party, shall file a supplemental brief of no more than 10 pages, complete with specific

19   references to the existing record, within 14 days of this order.  In lieu of filing supplemental briefs,

20   the parties may elect to file a stipulation of dismissal regarding these claims, and any others that

21   should be dismissed prior to trial.

22          IT IS SO ORDERED.

23   Dated: 08/07/15

24                                                   _____
                                                     KANDIS A. WESTMORE
25                                                   United States Magistrate Judge

26

27

28