Robert G. Lancaster  S.B.N. 257504
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California  90401
Telephone:  (310) 576-2100
Facsimile:   (310) 576-2200
Email:        rglancaster@bryancave.com

Attorneys for Plaintiffs
FARMER BOYS FOOD, INC. and
ANDREWS' SONS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARMER BOYS FOOD, INC. and ANDREWS' SONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> FARMBURGER, LLC, FARMBURGER BUCKHEAD, LLC, FARMBURGER WEST BERKELEY, LLC, FARMBURGER DUNWOODY, LLC, FARMBURGER ASHEVILLE, LLC and DOES 1 through 10, inclusive, <br><br> Defendants. | No. 4:14-cv-01874-KAW <br> Honorable Kandis A. Westmore <br><br> [PROPOSED] ORDER GRANTING REQUEST TO STAY PROCEEDINGS (AS MODIFIED BY THE COURT) <br><br> [Filed concurrently with Joint Notice of Settlement and Request to Stay Proceedings] <br><br> Trial Date: October 5, 2015 |

THE COURT, having considered the Parties' Joint Notice of Settlement and Request to Stay Proceedings, including the pending trial, for a period of 60 days, in which time the Parties will finalize the written settlement and file stipulated dismissals, and GOOD CAUSE appearing therefor;

HEREBY ORDERS that the proceedings in this case, including the pending trial, are stayed for a period of 60 days, in which time the Parties will finalize the written settlement and file stipulated dismissals. If the parties require more than 60 days to file a dismissal, they shall seek an extension from the Court. All pending hearings, deadlines, and trial dates are VACATED.

IT IS SO ORDERED

Dated: 09/02/2015

*/s/ Kandis Westmore*

Hon. Kandis A. Westmore, Magistrate Judge
District Court for the Northern District of California